IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEVEN DEWEY KENNY, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.<br>: 1:11-cv-4121-AT |
| NCO FINANCIAL SYSTEMS, INC., | : |
| Defendant. | : |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation that Defendant NCO Financial Systems, Inc's motion to consolidate cases be granted [Doc. 15]. The Court notes that no objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none.

Accordingly, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of this Court. For the reasons stated in the

Magistrate Judge's Report and Recommendation, the Court **GRANTS** Defendant's motion to consolidate this action with civil action 1:11-cv-4113-SCJ-RGV, *Steven Dewey Kenny v. NCO Financial Systems, Inc.,* and civil action, 1:11-cv-4122-ODE-JFK, *Steven Dewey Kenny v. NCO Financial Systems, Inc.* The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this action, 1:11-cv-4121-AT-ECS, and civil action 1:11-cv-4122-ODE-JFK. The lowest-numbered action, 1:11-cv-4113-SCJ-RGV, will remain open, in accordance with the Internal Operating Procedures of this Court. All future filings are to occur in civil action 1:11-cv-4113-SCJ-RGV.

It is so **ORDERED** this 21st day of March, 2012.

Amy Totenberg
United States District Judge

2