IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEVEN DEWEY KENNY | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO. 1:11-cv-04113-SCJ-RGV |
| | ) |
| NCO FINANCIAL SYSTEMS, INC. | ) |
| Defendant. | ) |
| _____ | ) |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

**RESPECTFULLY SUBMITTED** this 7th day of August, 2012.

s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
WEISBERG & MEYERS, LLC
5025 N. Central Ave. #602

>Phoenix, AZ 85012
>(888) 595-9111 ext. 250
>(866) 842-3303 (fax)
>cehrlich@attorneysforconsumers.com
>Attorneys For Plaintiff, Steven Dewey Kenny

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of District Court, using the electronic case filing system of the court. Copy of the foregoing was served on counsel of record below via the court's CM/ECF system on this 7th day of August, 2012.

Ms. Wendi E. Fassbender, Esq.
Sessions, Fishman, Nathan & Israel, L.L.C.
14 Cooper Glen Drive SW
Mableton GA 30126-2584

>WEISBERG & MEYERS, LLC
>
>s/Craig J. Ehrlich
>Craig J. Ehrlich
>Georgia Bar No. 242240
>WEISBERG & MEYERS, LLC

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Time New Roman and

a point size of 14.

                                                  Respectfully submitted,

                                                  <u>s/Craig J. Ehrlich</u>
                                                  Craig J. Ehrlich
                                                  Georgia Bar No. 242240
                                                  WEISBERG & MEYERS, LLC